**Electronically Filed
Supreme Court
SCWC-24-0000319
26-FEB-2026
12:27 PM
Dkt. 29 ODAC**

SCWC-24-0000319

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE INTEREST OF B.C. and O.C.
(CAAP-24-0000319; FC-S NO. 21-00076)

--------------------------------------------------

IN THE INTEREST OF S.C.
(CAAP-24-0000320; FC-S NO. 21-00165)

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

The amended application for writ of certiorari filed

on January 5, 2026, by Mother-Petitioner, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 26, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson

